**John H. Benge, Jr.**
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
February 6, 2008

Office of the Clerk
United States District Court
United States Courthouse
844 North King Street, Lockbox 18
Wilmington, DE 19801



                                Re: New Case Filing
                                   Benge v. DeLoy
                                   §2254 *Habeas Corpus*
                                   Petition

                                   CA 08-78 UNA

Dear Clerk of the Court:

    A delay has occurred in the processing by the Sussex Correctional Business Office of the $5.00 filing fee for the §2254 *Habeas Corpus* Petition that was forwarded to your office for filing on February 4, 2008. Accordingly, I have arranged for the enclosed money order to be forwarded. Please apply this to the filing fee for the habeas corpus petition you have received or should receive shortly.

    I am sorry for the confusion and any inconvenience that may have been produced by this matter.

                                                  Respectfully,

                                                 John H. Benge, Jr.

Enc. Money Order for $5.00

**This letter goes to:**

**Office of the Clerk**
**United States District Court**
**United States Courthouse**
**844 North King Street Lockbox 18**
**Wilmington, DE 19801**

**Together with a money order for $5.00 payable to "Clerk of the Court"**

**EXPRESS MAIL**
Mailing Label
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®
Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt   Mo. Day   Time   □ AM □ PM   Employee Signature
Delivery Attempt   Mo. Day   Time   □ AM □ PM   Employee Signature
Delivery Date   Mo. Day   Time   □ AM □ PM   Employee Signature

**CUSTOMER USE ONLY**
WAIVER OF SIGNATURE (Domestic Mail Only)
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

NO DELIVERY □ Weekend □ Holiday

TO: (PLEASE PRINT) PHONE (   )
OFFICE OF THE CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE. 19801

ZIP + 4: 1 9 8 0 1

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 19947
Day of Delivery: ☒ Next □ 2nd □ 2nd Del. Day
Postage: $16.25
Return Receipt Fee: $
Date Accepted: 02 06 08
Scheduled Date of Delivery: Month 02 Day 07
COD Fee: $
Insurance Fee: $
Time Accepted: 15:08 □ AM ☒ PM
Scheduled Time of Delivery: ☒ Noon □ 3 PM
Military: □ 2nd Day □ 3rd Day
Total Postage & Fees: $16.25
Flat Rate ☒ or Weight: 21 ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

EH 021472867 US
U.S.M.S. X-RAY

FROM: (PLEASE PRINT) PHONE (   )
JOHN H. BENGE, JR.
SCI
P.O. BOX 500
GEORGETOWN, DE
19947

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811