IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN H. BENGE, JR.,          )
                                )
          Petitioner,       )
                                )
v.                             )     Civil Action No. 08-78-GMS
                                )
MICHAEL DELOY,         )
Warden, and ATTORNEY     )
GENERAL OF THE STATE    )
OF DELAWARE,          )
                                )
          Respondents.     )

**AEDPA ELECTION FORM**

1.  ✓          I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.



FILED

MAR 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. _____          I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

_____
Petitioner                3-10-08

## 28 U.S.C. §1746 DECLARATION OF SERVICE AND FILING BY DEPOSIT OF PLEADING IN PRISONER MAIL SYSTEM

COMES NOW, JOHN H. BENGE, JR., who makes the following declaration pursuant to 28 U.S.C. §1746:

1. That he is currently incarcerated at Sussex Correctional Institution, Georgetown, DE, a facility of the Delaware Department of Correction; and

2. That on March 10, 2008 he deposited in the internal mailing system maintained by Sussex Correctional Institution for the deposit of prisoner mail the "AEDPA Election Form" attached hereto;

3. That first class postage therefor was prepaid and the aforesaid document(s) was/were addressed to:

> Clerk of the Court
> United States District Court
> United States Courthouse
> 844 North King Street
> Lockbox 18
> Wilmington, DE 19947
>
> and
>
> Thomas E. Brown, Esq.
> Deputy Attorney General Assembly
> Delaware Department of Justice
> 840 North French Street
> Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

Executed on: March 10, 2008

John H. Benge, Jr.

