D.I. #_____

## CIVIL ACTION
## NUMBER: _____08 cv 78 GMS_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage           $   182
Certified Fee          245
Return Receipt Fee     215
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ .662        08-78
                                    GMS
Sent To  Warden
Street   Sussex Correctional Institution
or PO    P.O. Box 500
City,    Georgetown, DE 19947
```