# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Civil Action No. 08cv78 GMS

### RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): WILLIAM ANSE   C. Date of Delivery: 3/19/08 |
| 1. Article Addressed to:<br><br>Warden<br>Sussex Correctional Institution<br>P.O. Box 500<br>Georgetown, DE 19947<br><br>08-78 GMS | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 9854 6586 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540