IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN H. BENGE, JR.**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 08-078-GMS |
| **MICHAEL DELOY,** Warden, and the **ATTORNEY GENERAL OF THE STATE OF DELAWARE**, | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, John H. Benge, Jr., has applied for federal habeas relief, challenging his guilty plea in Superior Court to a weapons offense and two counts of criminal contempt of a protection from abuse order. The answer to the petition was originally due May 5 (D.I. 7); respondents have obtained extensions of time to May 30, June 18, and July 3 in which to file the answer to the petition.

2. The case was initially assigned to Loren Meyers for preparation of the response. However, because of recurring illness on his part, including several days last week and on Monday July 7, the case has been reassigned to the undersigned. In order to familiarize herself with the case and prepare the answer, the undersigned anticipates that she will need until August 1.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of

time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

    4. This is respondents' fourth request for an extension of time in this case.

    5. Respondents submit that an extension of time to and including August 1, 2008, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

July 8, 2008

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is in the custody of the Delaware Department of Correction and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

July 8, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 08-078-GMS |
| | : | |
| **MICHAEL DELOY,** Warden, | : | |
| and the **ATTORNEY GENERA**L | : | |
| **OF THE STATE OF DELAWARE**, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before August 1, 2008.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed a motion for extension of time with the Clerk of Court using CM/ECF. I also hereby certify that on July 8, 2008, I have caused to be delivered by the United States Postal Service the same document to the following non-registered participant:

John H. Benge, Jr.
SBI No. 494395
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us