IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE, JR.**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 08-078-GMS |
| | : | |
| **MICHAEL DELOY,** Warden, | : | |
| and the **ATTORNEY GENERAL OF** | : | |
| **THE STATE OF DELAWARE**, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 262, 2007)

    b. State's Answering Brief (No. 262, 2007)

    c. Appellant's Reply Brief (No. 262, 2007)

    d. Opinion (January 25, 2008) (No. 262, 2007)

    e. Appellant's Motion for Reargument (No. 262, 2007)

    f. State's Answer to Motion for Reargument (No. 262, 2007)

    g. Appellant's Reply to State's Rule 18 Answer (No. 262, 2007)

    h. Order (April 8, 2008) (No. 262, 2007).

                                        /s/ Elizabeth R. McFarlan
                                        Deputy Attorney General (Del. Bar. ID #. 3759)
                                        Department of Justice
                                        820 N. French Street
                                        Wilmington, DE 19801
                                        (302) 577-8500

July 8, 2008                                   elizabeth.mcfarlan@state.de.us

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also hereby certify that on July 8, 2008, I have mailed by United States Service, two copies of the same document and one copy of the documents referenced therein to the following non-registered participant:

John H. Benge, Jr.
SBI No. 494395
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us